**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NORTH DAKOTA
SOUTHWESTERN DIVISION**

| | | |
|---|---|---|
| United States of America, | ) | |
| | ) | |
| Plaintiff, | ) | **INTERSTATE AGREEMENT ON** |
| | ) | **DETAINERS ORDER** |
| vs. | ) | |
| | ) | Case No.: 1:10-cr-021-03 |
| Michael Paul Streeper, | ) | |
| | ) | |
| Defendant. | ) | |

On April 22, 2010, Defendant Michael Paul Streeper ("Streeper") made his initial appearance in the above-entitled action and was arraigned. Attorney Julie Lawyer appeared on the Government's behalf. Assistant Federal Public Defender William Schmidt was appointed as defense counsel and appeared on Streeper's behalf.

Prior to his initial appearance, Streeper was incarcerated by the State of North Dakota at the North Dakota State Penitentiary ("NDSP") in Bismarck, North Dakota. After the indictment in this case was returned and an arrest warrant issued, a detainer was filed by the United States with the North Dakota prison officials. Pursuant to the Interstate Agreement on Detainers Act ("IADA"), Streeper's appearance before this court for his initial appearance and arraignment was secured by a writ of habeas corpus *ad prosequendum*.

During the hearing, Strepper was advised of his rights under the IADA to continued federal custody until the charges set forth in the indictment are adjudicated. Streeper knowingly, voluntarily, and upon advice of counsel waived the anti-shuttling provisions of the IADA and stipulated to his continued housing by the State of North Dakota (the "sending state" under the

1

IADA) at the NDSP pending trial of the charges on the indictment by the United States (the "receiving state" under the IADA).

Based on Streeper's waiver of the anti-shuttling provisions of the IADA, **IT IS HEREBY ORDERED** that Streeper be housed in the "sending state" under the IADA, at the NDSP pending trial of this matter or until further order of the court.

Dated this 22nd day of April, 2010.

>   */s/  Charles S.  Miller, Jr.*
>   Charles S.  Miller, Jr.
>   United States Magistrate Judge